IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12–cv–87–SCW |
| ) | |
| BURNS ) | |
| MAURE ) | |
| SEAN WOLTERS ) | |
| BRADLEY COLEMAN ) | |
| MAJOR DURHAM | |
| | |
| Defendants. | |

# ORDER

**WILLIAMS, Magistrate Judge:**

On November 12, 2014, a motion hearing was held in the above-captioned case. Appearing at the hearing: Richard Juang for Plaintiff. Robert Fanning and Ashley Carter appear for Defendants. This order summarizes the hearing, as well as the Court's ruling on the motions in limine. More detailed reasons for the rulings can be found on the hearing transcript.

The Court ruled on the following motions in limine:

**Plaintiff's Motion Issue #1 (Doc. 95) — Granted in part and denied in part.** Convictions are presumptively admissible pursuant to FRE 609(a). However, felony convictions are admissible pursuant to FRE 403. Plaintiff's convictions are current. They are felonies. He is still serving his sentence. The convictions are certainly relevant. Under 403, the Court may exclude relevant evidence if its probative value is outweighed by its tendency to confuse the issues or cause unfair prejudice. In part, the Court finds these convictions prejudicial. The claims here are for excessive force, but Plaintiff's crimes are crimes of violence and there is a danger the jury may see that as impermissible propensity evidence. The defense may elicit the fact that Plaintiff has three felony convictions that he is currently incarcerated for. Defendants may not elicit the name of the felonies, unless the door is opened.

**Defendants' Motion in Limine regarding proposed witness Eddie Brooks —
Granted in part and Denied in part**

Plaintiff has articulated a reason that his proposed evidence, Eddie Brooks, is relevant. The Court accordingly finds the evidence relevant. At the time that Defendants submitted the Motion in Limine, there was an agreed-to final pretrial order where Eddie Brooks was listed. This issue is waived.

**IT IS SO ORDERED.**

DATE: **November 12, 2014**                    **/s/ *Stephen C. Williams***
                                                **STEPHEN C. WILLIAMS**
                                                United States Magistrate Judge