IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM HOLLAND,<br><br>      Plaintiff,<br><br>  -vs-<br><br>DAVE REDNOUR, JERIC BURNS, NATHANIEL MAUE,<br>C/O BRASHER, LT. WESTERMAN, JOHN DOE 1,<br>JOHN DOE 2, JOHN DOE 3, JOHN DOE 4,<br>JOHN DOE 5, SEAN WOLTERS, BRADLEY COLEMAN,<br>MAJOR JOSEPH DURHAM, C/O PRITTY,<br>C/O PORTER and JEFFREY B. MOTT,<br><br>      Defendants. | NO. 12-807-SCW |

## JUDGMENT IN A CIVIL CASE

Defendants DAVE REDNOUR, CRAIG BRASHER, LT. WESTERMAN, JOHN DOE 1, C/O PRITTY, C/O PORTER and JEFFREY B. MOTT were dismissed without prejudice by an Order entered by Judge Michael J. Reagan on June 21, 2012 (Doc. 8).

Defendants JOHN DOE 2 and JOHN DOE 3 were dismissed without prejudice by an Order entered by Magistrate Judge Stephen C. Williams on May 13, 2013 (Doc. 41).

The remaining issues came before this Court for jury trial. The issues have been tried and the Jury has rendered its Verdict (Doc. 117).

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **JERIC BURNS, NATHANIEL MAUE, SEAN WOLTERS, BRADLEY COLEMAN AND MAJOR JOSEPH DURHAM,** and against Plaintiff **WILLIAM HOLLAND**.

Plaintiff shall take nothing from this action.

**DATED**: November 17, 2014

                                            JUSTINE FLANAGAN, ACTING CLERK
                                            BY: s//Angela Vehlewald
                                                    Deputy Clerk

**Approved by**    s//Stephen C. Williams

**United States Magistrate Judge**
**Stephen C. Williams**